# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142931 & (63)

PRIME FINANCIAL SERVICES, L.L.C.,
        Plaintiff-Appellant,

v

                                         SC: 142931
                                         COA: 290735

CASEY VINTON,
               Defendant,                           Kent CC: 01-010952-CK

and

BANK ONE, NA, f/k/a BANK ONE
MICHIGAN,
               Defendant-Appellee.

_____/

       On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the January 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

                                        Clerk

d0928